UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HONG,

                              Plaintiff,

                -against-

C.O. AIGLE; SECURITY CAPTAIN
GRAHAM,

                              Defendants.

**18-CV-8110 (VSB)**

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Under the current schedule, the parties shall complete fact discovery by March 2, 2022.

(Doc. 56.)  Therefore, the post-discovery conference previously scheduled for December 2,

2021 is hereby adjourned to March 17, 2022 at 4:00 PM.  The Clerk is respectfully directed to

mail a copy of this order to the pro se Plaintiff.


SO ORDERED.

Dated:   11/17/2021
       New York, New York

_____
      VERNON S. BRODERICK
      United States District Judge