UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

BRANDON HONG,

                                   Plaintiff,

-against-

CORRECTION OFFICER AIGLE, *et al.*,

                                   Defendants.
-------------------------------------------------------------------- X

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

18-CV-8110 (VSB) (SLC)

**THE HONORABLE VERNON S. BRODERICK, United States District Judge:**

      Upon the application of Defendants for leave to take the deposition of Plaintiff Brandon Hong (DIN No. 19-A-0494), an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Five Points Correctional Facility produce inmate Brandon Hong (DIN No. 19-A-0494) for the taking of his deposition by video teleconferencing on February 24, 2022, commencing at 9:00 AM, and for so long thereafter as the deposition continues; (2) Plaintiff Brandon Hong (DIN No. 19-A-0494) appears in such place as designated by the Warden or other official in charge of the Five Points Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorney for Defendants.

Dated: New York, New York
            ____February 4____, 2022

SO ORDERED

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

1