UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HONG,

                Plaintiff,

-v-

C.O. AIGLE and SECURITY CAPTAIN GRAHAM,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 8110 (VSB) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 81 is GRANTED, and the Court orders as follows:

1. By **August 5, 2022**, Defendants' substitute counsel shall file a notice of appearance;

2. By **September 7, 2022**, Defendants shall file their reply in further support of their motion to quash (ECF No. 73); and

3. The telephone conference scheduled for August 12, 2022 at 4:00 pm is ADJOUNED to **Tuesday, September 13, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 81.

Dated:     New York, New York
           July 29, 2022

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**