UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HONG,

                Plaintiff,

-v-

C.O. AIGLE and SECURITY CAPTAIN GRAHAM,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 8110 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendants' motion to quash Plaintiff's subpoena (the "Subpoena") served on the New York City Department of Corrections. (ECF No. 73 (the "Motion")). Pursuant to the telephone conference held today, September 13, 2022, the Court orders as follows:

1. By **September 21, 2022**, Defendants shall serve their amended responses (the "Responses") to Subpoena requests nos. 5 and 7 (ECF No. 73 at 10–11).

2. The fact discovery deadline is extended to **November 1, 2022**.

3. Plaintiff's pro bono counsel shall promptly confer with Mr. Hong and assess his willingness for them to represent him for settlement purposes.

4. The parties shall promptly meet and confer regarding Plaintiff's Federal Rule of Civil Procedure 30(b)(6) witness deposition notice to the City of New York.

5. A telephone conference (the "Conference") is scheduled for **Thursday, September 29, 2022 at 4:30 pm** on the Court's conference line to discuss (i) the parties' interest in a settlement conference, (ii) any remaining fact discovery issues, and (iii) a schedule for the completion of expert discovery.

6. The Motion and the expert discovery schedule are HELD IN ABEYANCE pending discussion at the Conference.

Dated:     New York, New York
             September 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge