UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HONG,

                Plaintiff,

-v-

C.O. AIGLE and SECURITY CAPTAIN GRAHAM,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 8110 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on September 29, 2022, the Court orders as follows:

1. By **October 7, 2022**, Defendants shall file a status letter regarding (i) the search by the New York City Department of Corrections ("DOC") for communications in response to request no. 5 in Plaintiff's subpoena dated April 29, 2022 (the "Subpoena") (see ECF No. 73 at 10), (ii) Defendants' efforts to obtain copies of Plaintiff's medical records, (iii) Defendants' willingness to produce voluntarily DOC's policy regarding the restraint of inmates, (iv) the scheduling of Security Captain Graham's deposition, and (v) any other discovery matters.

2. A telephone conference (the "Conference") is scheduled for **Tuesday, October 18, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2

3. The Court continues to HOLD IN ABEYANCE Defendants' motion to quash the Subpoena (ECF No. 73) and the expert discovery schedule pending discussion at the Conference.

Dated:     New York, New York
           September 30, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge