UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HONG,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 18 Civ. 8110 (VSB) (SLC)

C.O. AIGLE and SECURITY CAPTAIN GRAHAM,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held today, November 15, 2022, by **November 17, 2022**, Plaintiff shall advise the Court whether he is prepared to proceed with the settlement conference scheduled for November 29, 2022.

Dated:    New York, New York
            November 15, 2022

                                    SO ORDERED.

                                    _/s/ Sarah L. Cave_
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**